1  Anthony M. Keats (Bar No. 123672)
   E-Mail: akeats@kmwlaw.com
2  David K. Caplan (State Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
3  Konrad Karl Gatien (Bar No. 221770)
   E-Mail: kgatien@kmwlaw.com
4  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
5  Penthouse Suite
   Beverly Hills, California 90212
6  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
7
   Attorneys for Plaintiff
8  RELATIVITY ROGUE, LLC

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12                         CV09-05887  GW  VBKx

13 RELATIVITY ROGUE, LLC, a        CASE NO.
   California limited liability company,
14                                  COMPLAINT FOR DECLARATORY
              Plaintiff,            RELIEF
15
        v.                         DEMAND FOR JURY TRIAL
16
   OREGON BREWING COMPANY, an
17 Oregon corporation,

18            Defendant.

19

20

21

22

23

24

25

26

27

28

1    Plaintiff RELATIVITY ROGUE, LLC ("Relativity" or "Plaintiff") complaining

2    of Defendant OREGON BREWING COMPANY (hereinafter "OBC" or

3    "Defendant"), alleges as follows:

## STATEMENT OF THE CASE

4

5    1.    This is an action for declaratory relief under the Lanham Act and the

6    common law arising from Defendant's cease-and-desist letters of June 22 and July 28,

7    2009, asserting that Plaintiff's use of the term "rogue" in connection with a multi-

8    media ROGUE PICTURES-themed concert venue called The Rogue Joint in Las

9    Vegas will result in consumer confusion, mistake or deception as to the source of

10   origin of Plaintiff's ROGUE PICTURES trademark for use in connection with

11   entertainment services and Defendant's ROGUE trademarks for alcoholic beverages

12   and pub services and its ROGUE NATION trademark for association services.  To

13   preserve and protect Plaintiff's ongoing business concerns, Plaintiff respectfully

14   requests that the Court issue a judgment finding that such use by Plaintiff does not

15   arise to an actionable violation of Defendant's alleged rights.

## JURISDICTION AND VENUE

16

17   2.    Plaintiff's claims arise under the Trademark Act of 1946, 15 U.S.C. §

18   1051, *et seq.*, and the common law of the State of California.  This Court has subject

19   matter jurisdiction over the claims in this action which relate to trademark

20   infringement and false designation of origin and false description pursuant to the

21   provisions of 28 U.S.C. §§ 1331, 1332, and 1338 and 15 U.S.C. § 1121 and

22   declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202.  This Court has

23   supplemental jurisdiction over the claims in this Complaint which arise under the

24   common law of this State pursuant to 28 U.S.C. § 1367(a), since the state law claims

25   are so related to the federal claims that they form part of the same case or controversy

26   and derive from a common nucleus of operative fact.

27   3.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b).

28

## PLAINTIFF AND ITS BUSINESS ACTIVITIES

4.     Plaintiff is a California limited liability company, with a principal place of business located at 8899 Beverly Boulevard, Suite 510, West Hollywood, California, 90048.  Plaintiff is, and at all times mentioned herein was, qualified to do business in California.  Plaintiff is engaged in the business of producing, financing and distributing motion pictures and providing entertainment and merchandising goods and services in connection therewith throughout the United States and, specifically, within the jurisdiction of this Court.

5.     Relativity is a wholly owned subsidary of Relativity Media LLC ("RML") a California limited liability company.  RML is an independent motion picture production and investment company based in West Hollywood, California.  Relativity is the owner of Relativity Jackson, LLC, a California limited liability company (together with Relativity and certain other RML wholly-owned finance picture subsidiaries, the "Rogue Division").  RML's Rogue Division is well-known, with over twenty-five major motion pictures in its film library and many more in development and/or various states of production.  By way of example, a recent picture released by the Rogue Division in January 2009 is the horror film, The Unborn, produced by Michael Bay and his Platinum Dunes production company.  RML has entered into agreements with Sony Pictures and Universal Studios to co-finance certain of these studios' films.

6.     In connection with Relativity's entertainment business, Relativity's predecessor-in-interest registered with the United States Patent and Trademark Office ("USPTO") the trademark ROGUE PICTURES (Reg. No. 2,531,118) with the term "pictures" disclaimed (hereinafter the "ROGUE PICTURES mark") for use in connection with entertainment services.[1]  A true and correct copy of a printout from

---

[1] A disclaimer in a trademark registration is a statement that the trademark owner does not claim an exclusive right to use the disclaimed portion of that mark apart from the mark as a whole.

1    the USPTO evidencing Plaintiff's federal trademark registration for the ROGUE

2    PICTURES mark is attached hereto as **Exhibit 1**.

3          7.    Relativity is currently using the term "rogue" in connection with the

4    multi-media ROGUE PICTURES-themed concert venue called The Rogue Joint in

5    Las Vegas.  A true and correct copy of a printout from the Las Vegas Sun evidencing

6    this use is attached hereto as **Exhibit 2**.

7    <u>**DEFENDANT AND ITS BUSINESS ACTIVITIES**</u>

8          8.    Plaintiff is informed and believes and thereupon alleges that at all times

9    relevant hereto Defendant is a corporation organized under the laws of the State of

10   Oregon, that Defendant is engaged in the business of producing and distributing

11   alcoholic beverages to consumers within this judicial district, and that Defendant is

12   the owner of the following ROGUE trademarks registered with the USPTO:

| TRADEMARK | REG. NO. | REG. DATE | GOODS |
|-----------|----------|-----------|-------|
| ROGUE | 2,669,318 | 12/31/2002 | Beer and ale |
| ROGUE | 1,625,132 | 11/27/1990 | Wine |
| ROGUE | 2,913,861 | 12/21/2004 | Rum |
| ROGUE | 3,041,464 | 01/10/2006 | Restaurant, pub and catering services |
| ROGUE NATION | 2,484,994 | 09/04/2001 | Association services |

23   (collectively referred to herein as the "ROGUE marks").  True and correct copies of

24   printouts from the USPTO evidencing the registrations for the ROGUE marks are

25   attached hereto as **Exhibit 3**.

26   <u>**THE CONTROVERSY BETWEEN PLAINTIFF AND DEFENDANT**</u>

27         9.    On June 22, 2009, long after the registration of the ROGUE PICTURES

28   mark, and long after the mark became incontestable pursuant to 15 U.S.C. § 1065,

1   OBC sent a cease-and-desist letter to Relativity.  OBC's June 22 letter claimed that
2   Relativity's use of the term "rogue" (the dominant term of Relativity's ROGUE
3   PICTURES mark), used in connection with a multi-media ROGUE PICTURES-
4   themed concert venue called The Rogue Joint in Las Vegas, constituted infringement
5   of OBC's ROGUE marks.  In that letter, OBC demanded that Relativity "immediately
6   stop using the mark ROGUE in connection with The Rogue Joint in Las Vegas and
7   anywhere else that food and alcohol are served."  In addition, OBC demanded a reply
8   within 10 days of Relativity's receipt of the letter.  A true and correct copy of the June
9   22 letter is attached hereto as **Exhibit 3**.

10        10.   On July 28, 2009, OBC sent a second cease-and-desist letter to Relativity
11   reasserting its claim that Relativity's use of the term "rogue" constituted trademark
12   infringement of OBC's ROGUE marks.  In that letter, OBC once again demanded that
13   Relativity "discontinue the use of ROGUE at The Rogue Joint in Las Vegas."  A true
14   and correct copy of the July 28 letter is attached hereto as **Exhibit 4**.  A true and
15   correct copy of a printout from Defendant's website evidencing its use of its ROGUE
16   mark is attached hereto as **Exhibit 5**.

## FIRST CLAIM FOR RELIEF

### (Declaratory Judgment of Non-infringement of
### Trademark, 15 U.S.C. section 1051 et seq.)

20        11.   Plaintiff incorporates all prior allegations as if set forth fully herein.
21        12.   Defendant sent two cease-and-desist letters to Plaintiff, on June 22, and
22   July 28, 2009, respectively.  In these letters, Defendant cast allegations of trademark
23   infringement against Plaintiff and demanded that Plaintiff *immediately* cease using the
24   term "rogue" in connection with Plaintiff's existing and prospective business
25   operations.  Specifically, with respect to this action, Defendant demanded that
26   Plaintiff's immediately cease its use of the term "rogue" in connection with the multi-
27   media ROGUE PICTURES-themed concert venue, The Rogue Joint, in Las Vegas.

28

Based upon these allegations, Defendant threatened to disrupt Plaintiff's ongoing business relationship with the Hard Rock Café and to immediately "take whatever actions are required to enforce OBC's [claimed] rights." See **Exhibit 4**.

13. As a result of Defendant's June 22 and July 28, 2009, letters, an actual, present and justiciable controversy has arisen between Plaintiff and Defendant concerning Plaintiff's right to use the term "rogue" in connection with its ongoing and prospective entertainment-related business activities.

14. Plaintiff seeks a declaratory judgment from this Court that Plaintiff's use of the term "rogue" in connection with its entertainment-related business activities does not constitute trademark infringement, unfair competition, trademark dilution, or rise to any actionable violation of Defendant's alleged rights in and to its ROGUE marks.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

15. Enter judgment according to the declaratory relief sought;

16. Award Plaintiff its costs and fees in this action;

17. Retain jurisdiction of this action for the purpose of enabling Plaintiff to apply to the Court at any time for such further orders and interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof.

18. Award to Plaintiff such other and further relief to which Plaintiff may be entitled as a matter of law or equity, or which the Court determines is just and proper.

Dated: August 12, 2009

By: _____
Anthony M. Keats
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
RELATIVITY ROGUE, LLC

- 5 -

# **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, and Local Rule 38-1, Plaintiff hereby demands a jury trial on all issues so triable

Dated:  August 12, 2009

By: _____

Anthony M. Keats
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
RELATIVITY ROGUE, LLC

<u>**Relativity Rogue, LLC v. Oregon Brewing Company**</u>
**USDC, Central District of California**
**Case No. CV 09-05887 GW (VBKx)**



**COMPLAINT**
**FOR DECLARATORY RELIEF**



# EXHIBIT 1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Aug 11 04:02:43 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ROGUE PICTURES |
| **Goods and Services** | IC 041. US 100 101 107. G & S: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND DISTRIBUTION OF AUDIOVISUAL WORKS, NAMELY, FULL LENGTH MOTION PICTURE FILMS; PRODUCTION AND DISTRIBUTION OF AUDIOVISUAL WORKS, NAMELY, FULL LENGTH MOTION PICTURE FILMS; PRODUCTION AND DISTRIBUTION OF AUDIOVISUAL WORKS, NAMELY, FULL LENGTH MOTION PICTURE FILMS, FOR TELEVISION, CABLE AND THEATRICAL RELEASE. FIRST USE: 19981001. FIRST USE IN COMMERCE: 19981001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76192118 |
| **Filing Date** | January 10, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 30, 2001 |
| **Registration Number** | 2531913 |
| **Registration Date** | January 22, 2002 |
| **Owner** | (REGISTRANT) OCTOBER FILMS CORPORATION NEW YORK 65 Bleecker Street 2nd Floor New York NEW YORK 10012 |
| | (LAST LISTED OWNER) RELATIVITY ROGUE, LLC LIMITED LIABILITY COMPANY CALIFORNIA 8899 BEVERLY BOULEVARD SUITE 510 WEST HOLLYWOOD CALIFORNIA 90048 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Anthony M. Keats |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PICTURES" APART FROM THE MARK |

EXHIBIT ___
PAGE __8/11/2009

|               | AS SHOWN                |
| ------------- | ----------------------- |
| **Type of Mark** | SERVICE MARK         |
| **Register**  | PRINCIPAL               |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE          |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT _1_
PAGE __8/8/2009__

**Relativity Rogue, LLC v. Oregon Brewing Company**
**USDC, Central District of California**
**Case No. CV 09-05887 GW (VBKx)**

**COMPLAINT**
**FOR DECLARATORY RELIEF**

# EXHIBIT 2

**Las Vegas Sun**

August 11, 2009

MUSIC:

# The Joint goes Rogue, for marketing purposes

## Company buys rights to add Rogue name to the concert venue's logo

By *Amanda Finnegan* (contact)

Friday, May 22, 2009 | 12:35 p.m.



The Rogue Joint logo

Would The Joint by any other name be just as hip? We'll soon find out.

Hard Rock Hotel & Casino recently announced that the naming rights to their beloved concert venue have been purchased by Relativity Media's film and lifestyle brand, Rogue.

A spokesperson for Hard Rock said the venue will be referred to as The Joint by Rogue.

Much like Citi BCS National Championship Game or Super Bowl 43 sponsored by Cadillac, The Joint will be called The Rogue Joint mostly for marketing and print advertising campaigns.

EXHIBIT _2_
PAGE _9_

Rogue Pictures has produced movies like "The Unborn," "The Last House on the Left," "Fighting" and Dave Chappelle's "Block Party" just to name a few. One of the perks of the film company purchasing the naming right: The Joint will hold premieres and screenings of select Rogue films.

Whether the type of talent and shows The Joint produces will change, we'll have to see.

**Post a comment**

Commenting requires registration.

Comments are moderated by Las Vegas Sun editors. Our goal is not to limit the discussion, but rather to elevate it. Comments should be relevant and contain no abusive language. Full comments policy.

Username:

Password:                              (Forgotten your password?)

EXHIBIT   2
PAGE   10

**<u>Relativity Rogue, LLC v. Oregon Brewing Company</u>**
**USDC, Central District of California**
**Case No. CV 09-05887 GW (VBKx)**

**COMPLAINT**
**FOR DECLARATORY RELIEF**

# EXHIBIT 3


**Hancock Hughey**
Intellectual Property Lawyers

June 22, 2009

<u>**Via UPS Next Day Air**</u>
Relativity Media
Scott Lambert
President
8899 Beverly Blvd.
Suite #510
West Hollywood, California 90048

Re:   Trademark ROGUE

Dear Mr. Lambert,

    We represent Oregon Brewing Company ([www.rogue.com](www.rogue.com)), which as you know is the owner of the trademark ROGUE for a wide variety of goods and services. We are writing to you about use of ROGUE in connection with The Joint in Las Vegas. Use of ROGUE at The Joint to promote the venue will inevitably lead to consumer confusion with OBC's products and must be addressed.

    OBC began using ROGUE as a brand name for beer in 1988 and the business has grown and expanded steadily since then. OBC sells numerous types of beer, wine, spirits and many kinds of merchandise under the ROGUE brand. Its beer is sold in all 50 states and in numerous countries. OBC also operates restaurants and pubs in several states under the ROGUE banner. The ROGUE brand is recognized throughout many parts of the world for alcoholic beverages and a wide variety of goods, including the very popular association called ROGUE NATION. By virtue of its longstanding and widespread use by OBC, ROGUE has become an extremely valuable asset.

    OBC has registered ROGUE for many different goods and services, including US trademark registrations for ROGUE for beer, wine, rum, restaurant and pub services, clothing and several other categories of goods. The mark is registered in many other counties, including throughout Europe. The mark ROGUE NATION is registered for association services. For your convenience, we have enclosed extracts of OBC's US trademark registrations for beer, wine, rum, restaurant, pub and catering services, and association services.

    We recently learned that Relativity Media has partnered with Hard Rock Cafe to include the ROGUE brand as part of the name of The Joint concert venue. We understand that the venue has a full service bar on every level and that catering is available in the VIP sections. We also understand that the bar sells beer, wine, hard liquor, and food.

Hancock Hughey LLP   /   P.O. Box 1208   /   Sisters, Oregon 97759
p / 541.549.4942   f / 541.549.0916   e / doug@hancockhughey.com

EXHIBIT 3
PAGE 11

Hancock Hughey LLP
Page 2

    Patrons who visit ROGUE / THE JOINT who are familiar with OBC's products, and its restaurants, pubs and catering services will naturally but incorrectly believe that the concert venue is in some manner associated or affiliated with OBC, or that OBC has entered into some kind of sponsorship arrangement pursuant to which ROGUE / THE JOINT has been given permission to use OBC's trademark.  Just as likely, consumers who have visited ROGUE / THE JOINT who are not familiar with OBC's goods and services will wrongly believe that OBC is usurping goodwill of the concert venue.  This kind of consumer confusion is the hallmark of trademark infringement.  It is problematic for a number of reasons, not the least of which is that it substantially diminishes the value of OBC's trademark.

    Therefore, on behalf of OBC, we demand that Relativity Media immediately stop using the mark ROGUE in connection with The Joint in Las Vegas and anywhere else that food and alcohol are served.

    In view of the prominence of your marketing efforts to date, please respond to us within ten days of your receipt of this letter.

    This letter is without prejudice to any and all rights of OBC.

Sincerely,

Douglas D. Hancock

enclosures

EXHIBIT __3__
PAGE __12__

Trademark Electronic Search System (TESS)

http://tess2.uspto.go   i/showfield?f=doc&state=4001:nnsrne.2.12



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 20 03:59:56 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [      ]   OR   Jump | to record: [      ]   **Record 12 out of 57**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | ROGUE |
| **Goods and Services** | IC 032. US 045 046 048. G & S: beer and ale. FIRST USE: 19881000. FIRST USE IN COMMERCE: 19881000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78111962 |
| **Filing Date** | March 1, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 8, 2002 |
| **Registration Number** | 2669318 |
| **Registration Date** | December 31, 2002 |
| **Owner** | (REGISTRANT) Oregon Brewing Company CORPORATION OREGON 2320 OSU Drive Newport OREGON 97365 |
| **Attorney of Record** | Douglas D. Hancock |
| **Prior Registrations** | 1625132;1950925 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

EXHIBIT 3



PAGE 13

Trademark Electronic Search System (TESS)    http://tess2.uspto.gc    v/showfield?f=doc&state=4001:nnsrne.2.12

|.HOME | SITE INDEX] SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___3___

PAGE ___14___

Trademark Electronic Search System (TESS)

http://tess2.uspto.g.n/showfield?f=doc&state=4001:nnsrne.3.7



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 20 03:59:56 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ]   OR   Jump | to record: [ ]   **Record 7 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | ROGUE |
| **Goods and Services** | IC 033. US 047. G & S: WINE. FIRST USE: 19830000. FIRST USE IN COMMERCE: 19850000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73828874 |
| **Filing Date** | October 2, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 4, 1990 |
| **Registration Number** | 1625132 |
| **Registration Date** | November 27, 1990 |
| **Owner** | (REGISTRANT) VALLEY VIEW WINERY, INC. CORPORATION OREGON P. O. BOX 1438 1352 APPLEGATE RD. JACKSONVILLE OREGON 97530 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LEONARD D. DUBOFF |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020308. |
| **Renewal** | 1ST RENEWAL 20020308 |
| **Live/Dead Indicator** | LIVE |

EXHIBIT 3
PAGE 15

6/22/2009 2:30 PM

Trademark Electronic Search System (TESS)                    http://tess2.uspto.e&  .in/showfield?f=doc&state=4001:nnsrne.3.7

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

}.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT __3__

PAGE __16__



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 20 03:59:56 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]  OR  Jump | to record: [          ]  **Record 15 out of 57**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| Word Mark | ROGUE |
| Goods and Services | IC 033. US 047 049. G & S: rum. FIRST USE: 20030610. FIRST USE IN COMMERCE: 20040413 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78227975 |
| Filing Date | March 20, 2003 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | December 2, 2003 |
| Registration Number | 2913861 |
| Registration Date | December 21, 2004 |
| Owner | (REGISTRANT) Oregon Brewing Company CORPORATION OREGON 2320 OSU Drive Newport OREGON 97365 |
| Attorney of Record | Douglas D. Hancock |
| Prior Registrations | 1625132;1950925;2669318 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

EXHIBIT ____3____

PAGE ____17____

6/22/2009 2:25 PM

Trademark Electronic Search System (TESS)

http://tess2.uspto.go    ./showfield?f=doc&state=4001:nnsrne.2.15

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

6/22/2009 2:25 PM

EXHIBIT _3_

PAGE ___ _18_

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 20 03:59:56 EDT 2009*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]   OR   Jump | to record: [        ]   **Record 9 out of 57**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ROGUE

| | |
|---|---|
| **Word Mark** | ROGUE |
| **Goods and Services** | IC 043. US 100 101. G & S: Restaurant, pub and catering services. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19890000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78523173 |
| **Filing Date** | November 26, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 18, 2005 |
| **Registration Number** | 3041464 |
| **Registration Date** | January 10, 2006 |
| **Owner** | (REGISTRANT) Oregon Brewing Company CORPORATION OREGON 2320 OSU Drive Newport OREGON 97365 |
| **Attorney of Record** | Douglas D. Hancock |
| **Prior Registrations** | 1625132;1950925;2484994;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

1 of 2

EXHIBIT 3
PAGE 19

6/23/2009 2:26 PM

Trademark Electronic Search System (TES.

http://tess2.uspto     in/showfield?f=doc&state=4001:nnsrne.6.1

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

6/2/2009 2:32 PM

EXHIBIT  *3*

PAGE  *20*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 20 03:59:56 EDT 2009*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ( *Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ROGUE NATION |
| **Goods and Services** | IC 042. US 100 101. G & S: association services, namely, promoting the interests of a micro-association of people who share values and desire a chance to inhabit an independent country that embraces change. FIRST USE: 20000718. FIRST USE IN COMMERCE: 20000718 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76091047 |
| **Filing Date** | July 18, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 12, 2001 |
| **Registration Number** | 2484994 |
| **Registration Date** | September 4, 2001 |
| **Owner** | (REGISTRANT) Oregon Brewing Company CORPORATION OREGON 2320 OSU Drive Newport OREGON 97365 |
| **Attorney of Record** | Douglas D. Hancock |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP

EXHIBIT _3_

PAGE _24_      6/2?/09 2:32 PM

Trademark Electronic Search System (TESS

http://tess2.uspto      .m/showfield?f=doc&state=4001:nnsrne.2.9

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___3___

PAGE ___29___

8/22/2009 2:26 PM

**<u>Relativity Rogue, LLC v. Oregon Brewing Company</u>**
**USDC, Central District of California**
**Case No. CV 09-05887 GW (VBKx)**

**COMPLAINT**
**FOR DECLARATORY RELIEF**

# EXHIBIT 4



July 28, 2009

Hancock Hughey
Intellectual Property Lawyers

<u>Via Fax to 310-860-0363</u>
Anthony Keats
Keats McFarland
Beverly Hills, California

Re:    Trademark ROGUE; Relativity Media, RML Jackson LLC and
        Oregon Brewing Company

Dear Mr. Keats,

    Relativity Media has not substantively responded to our June 22, 2009 letter
concerning use of the trademark ROGUE by The Joint in Las Vegas. New information
raises additional issues that we will address.

    We are aware of numerous pending applications filed by RML Jackson LLC to
register the mark ROGUE for a variety of goods and services. It is apparent that RML
Jackson LLC is in some manner affiliated with Relativity Media. If the mark ROGUE was
used for the goods and services defined in the following applications, the use would
infringe Oregon Brewing Company's longstanding rights in the mark:

    Mark: ROGUE
    Application No.: 77765704
    Goods: various kinds of beverages, including sodas

    Mark: ROGUE
    Application No.: 77698597
    Goods: clothing of various descriptions

    Mark: BORN ROGUE
    Application No.: 77713053
    Goods: clothing of various descriptions

    Mark: BORNROGUE
    Application No.: 77713054
    Goods: clothing of various descriptions

    Mark: ROGUE
    Application No.: 77698601
    Services: social networking and other services

    Mark: BABY ROGUE
    Application No.: 77765703

Hancock Hughey LLP  /  P.O. Box 1208  /  Sisters, Oregon 97759
p / 541.549.4942    f / 541.549.0916    e / doug@hancockhughey.com

EXHIBIT ____4____

PAGE ____23____

Goods: clothing of various descriptions

Your client is aware of OBC's prior rights in ROGUE for clothing—not only did Mr. Lambert discuss the possibility of licensing rights to clothing from OBC, but the '597 application is rejected over, among other things, OBC's prior registration. Your client is keenly aware of OBC's right in ROGUE for beverages, but may not know that OBC has been making ROGUE root beer for a decade; we have filed a letter of protest in connection with that application. The application for ROGUE for social networking and other services is rejected over a third party registration, but also violates OBC's longstanding rights in ROGUE NATION. OBC will oppose the applications for BORN ROGUE

We reiterate our demand that Relativity Media discontinue the use of ROGUE at The Joint in Las Vegas. We further demand that RML Jackson (a) withdraw the applications noted above and (b) not use the mark ROGUE for any of the goods or services described in the applications.

Your client's actions indicate that they care little for OBC's rights, but greatly for its family of ROGUE marks. If we have not heard from you within 1 week we will put Hard Rock Café on notice of OBC's position and take whatever actions are required to enforce OBC's rights.

Sincerely,

Douglas D. Hancock

EXHIBIT 4
PAGE 24

JUL 28 2009 08:23

208 664 7276        PAGE.02

<u>Relativity Rogue, LLC v. Oregon Brewing Company</u>
**USDC, Central District of California**
**Case No. CV 09-05887 GW (VBKx)**


**COMPLAINT**
**FOR DECLARATORY RELIEF**


# EXHIBIT 5





July 29: Bones and Brew on KGW this morning!

July 28: Tour Rogue's Hop Yard in Independence, Oregon on August 3, 10, 17, 24. See the hops before they're harvested! Reservations required, $10 includes lunch and BEER. Call Denise at 503-347-8288

July 24: Oregon Brewer's Festival Kicks off with Rogue Monks

July 21: Fred Eckhardt's Beer & Cheese tasting tonight!

July 20: Rogue "detrimental to socialist morals"

July 14: Tour Rogue's Hop Yard in Independence, Oregon on July 20th and 27th. FREE tour for Oregon Craft Beer Month. Reservations required. Call Denise at 503-347-8288

July 2: Fred Eckhardt's Beer & Cheese Tasting, July 21st

June 30: Garage Sales at all Rogue Pubs Independence Day Weekend!

June 24: Charity Auction (thru July 1): 2 Night Stay @ Rogue Bed & Beer in Newport!

June 12: Atlanta, GA: 3 Course, 4 Beer Dinner, info here.

June 10: Photos from this year's Brewers Memorial Ale Fest are up!

June 9: Pints for Prostates will be at all the Rogue Pubs in June & July. Check Events for details.

May 27: Rogue Ales Film Festival Call for entries! More information at: Barbary Coast Films. Entry form here and flyer here.

Mar. 18: Spring Cleaning Warehouse Sale at the Brewery (Newport, Oregon). Friday through Monday, March 20 - 23. Discounts on all things Rogue. Click here for more info



EXHIBIT ___5___
PAGE ___25___

8/11/2009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV09- 5887 GW (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Anthony M. Keats (SBN 123672) akeats@kmwlaw.com
David K. Caplan (SBN 181174) dcaplan@kmwlaw.com
Konrad K. Gatien (SBN 221770) kgatien@kmwlaw.com
**KEATS, MCFARLAND & WILSON LLP**
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELATIVITY ROGUE, LLC, a California limited liability company,<br><br>PLAINTIFF,<br><br>v.<br><br>OREGON BREWING COMPANY, an Oregon corporation,<br><br>DEFENDANT. | CASE NUMBER<br><br>CV 09 - 05887    GW    VBKx<br><br><br>**SUMMONS** |

**TO:**  THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorneys Anthony M. Keats, David K. Caplan and Konrad K. Gatien, whose address is:

**KEATS MCFARLAND & WILSON LLP**
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

an answer to the ☒ **complaint** ☐ _____ **amended complaint** ☐ **counterclaim** ☐ **cross-claim** which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk, U. S. District Court

DATE: ___AUG  1 2 2009___

By_____
LAREE HORN
Deputy Clerk
(Seal of the Court)
1192

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>RELATIVITY ROGUE, LLC, a California limited liability company | DEFENDANTS<br>OREGON BREWING COMPANY, an Oregon corporation |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Keats McFarland & Wilson LLP (SEE ATTACHMENT "A")<br>9720 Wilshire Boulevard, Penthouse Suite<br>Beverly Hills, California 90212; Tel.: (310) 248-3830 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC § 1051 et seq. Declaratory Judgment of Non-Infringement of Trademark

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV09-05887**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Relativity Rogue, LLC, Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Oregon Brewing Company, Oregon |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note**: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  August 12, 2009

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

**Civil Cover Sheet**

**USDC, Central District of California**
**Case No.** _____
**Relativity Rogue, LLC, v. Oregon Brewing Company**

**ATTACHMENT "A"**

**1(b) Attorneys:**
Anthony M. Keats (State Bar No. 123672)
E-Mail:  akeats@kmwlaw.com
David K. Caplan (State Bar No. 181174)
E-Mail:  dcaplan@kmwlaw.com
Konrad K. Gatien (State Bar No. 221770)
E-Mail:  kgatien@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363

Attorneys for Plaintiff
RELATIVITY ROGUE, LLC